In the Matter of the Accounting of SAMUEL GLOCK et al., as Executors of JAMES S. MERRITT, Deceased, Respondent.

JAMES M. DUFFY et al., Appellants; THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.

(Submitted October 3, 1928; decided October 23, 1928.)

*Isaac N. Mills* for James M. Duffy, appellant.
*Arthur I. Strang* for James P. Duffy et al., appellants.
*Henry K. Heyman* and *Arthur R. Wilcox* for respondent.
*Albert Ottinger, Attorney-General (Robert P. Beyer* of counsel), for State of New York.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.